IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–67–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TONY DWAYNE WILLIAMS, | |
| Defendant. | |

Before the Court is the United States' Motion to Quash Warrant. (Doc. 7.) The motion requests that the Court quash the arrest warrant issued in this case on August 19, 2021, as moot because this case was transferred to the Middle District of Louisiana and the defendant has already appeared in that district. (*Id.* at 1–2.)

Accordingly, IT IS ORDERED that the motion (Doc. 7) is GRANTED and the arrest warrant issued in this case (Doc. 4) is QUASHED as moot.

DATED this 8th day of September, 2022.

_____
Dana L. Christensen, District Judge
United States District Court